# COMPLAINT

U.S. DISTRICT COURT
EASTERN DISTRICT-WI
FILED

2020 JUL 24 P 6:

CLERK OF COURT

### (for non-prisoner filers without lawyers)

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

(Full name of plaintiff(s))

_Adam young_

v.

(Full name of defendant(s))

_Quala champagne_

_super intendent Kreuger_

_Sgt lewandowski, Lt. meyer_

_Lt. Launderville, sgt Green, sgt. Berg_

Case Number:

**20-C-1136**

(to be supplied by Clerk of Court)

### A.   PARTIES

1.   Plaintiff is a citizen of _wisconsin_ and resides at
(State)

_1434 riverview Ter. 53404 Racine WI_
(Address)

(If more than one plaintiff is filing, use another piece of paper.)

2.   Defendant _warden Quala Champasne_
(Name)

is (if a person or private corporation) a citizen of _Wisconsin_

(State, if known)

and (if a person) resides at _6353 14th Ave Kenosha WI 53143_

(Address, if known)

and (if the defendant harmed you while doing the defendant's job)

worked for _Kenosha Correctional Center_

(Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B.    STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1.    Who violated your rights;
2.    What each defendant did;
3.    When they did it;
4.    Where it happened; and
5.    Why they did it, if you know.

while employeed at Kenosha correctional center The aforementioned Defendant's while on duty acting under "color of law" employeed by the department of corrections on July 30th 2017 deprived plaintiff of Due process constitutional right of equal protection of law; not limited to the right to face one's accuser which was deliberately withheld from plaintiff. The Defendents collectively violated plaintiff rights and collectively worked

to conceal their actions, and their conduct caused plaintiff to be subjected to defamation and loss of finacial income and subjected cruel and unusual treatment. futhermore their actions invokes protections for plaintiff under the ~~fraudulent~~ fraudulent concealment doctrine which also toss any pontential time limits. plaintiff is a citizen of the united States of the united states of America and resides in the city of Racine, The state of wisconsin. This violation falls within the Jurisdiction of the Eastern District court.

C. JURISDICTION

☑ I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

☐ I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is $ _____.

D. RELIEF WANTED

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

Be paid for loss wages and for punitive damages and for conduct report to be expunged

Complaint – 4

E.    JURY DEMAND

I want a jury to hear my case.

☑ – YES          ☐ – NO

I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this __24th__ day of __July__ 20__20__.

Respectfully Submitted,

_____
Signature of Plaintiff

__262-977-1076__
Plaintiff's Telephone Number

__ayoung0685@Gmail.com__
Plaintiff's Email Address

__1434 Riverview Ter. Racine, WI 53404__
(Mailing Address of Plaintiff)

(If more than one plaintiff, use another piece of paper.)

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FILING FEE**

☑   I **DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Filing Fee form and have attached it to the complaint.

☐   I **DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.

Complaint – 5