# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| ADAM YOUNG,<br><br>　　　　　Plaintiff,<br><br>v.<br><br>LT. MICHAEL MEYERS, PATRICIA GOSS, and SHIKEYLA KYLES,<br><br>　　　　　Defendants. | Case No. 20-CV-1136-JPS<br><br>**ORDER** |

　　　　On September 6, 2022, the Court ordered Plaintiff Adam Young ("Young") to request, by separate filing in this case, issuance of summons as to Defendants Patricia Goss, Lieutenant Michael Meyers, and Shikeyla Kyles, and then serve the summons forms issued by the Clerk's Office and the second amended complaint (which is ECF No. 33 on the docket) on Defendants Patricia Goss, Lieutenant Michael Meyers, and Shikeyla Kyles, by process server, within thirty (30) days of the date of the order. The Court further ordered Young to file correct proof of service within thirty-five (35) days of the date of the order.

　　　　On September 6, 2022, the Court received a letter from Young, which appears to have been written and sent *before* the Court's order was entered, attaching proof of service. Young has not yet requested the summons forms from the Clerk's Office; thus, Young must request the summons forms and then re-serve Defendants with the summons forms issued by the Clerk's Office *and* the second amended complaint (ECF No. 33) together and at the same time, in accordance with the Court's September 6, 2022 Order.

Dated at Milwaukee, Wisconsin, this 8th day of September, 2022.

BY THE COURT:

_____
J. P. Stadtmueller
U.S. District Judge