IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF WISCONSIN

**CERTIFICATE OF SERVICE**

**Case Name:**  *Adam N. Young v. Mayer, et al.*
**Case No.**  20-CV-1136

I hereby certify that on March 20, 2023, I electronically filed the following with the United States District Court for the Eastern District of Wisconsin by using the CM/ECF system.

- Defendants' Reply in Support Of Motion For Summary Judgment
- Defendants' Reply to Plaintiff's Motion For Injunctive Relief
- Declaration of Jenifer Bizzotto

I further certify that I have mailed the foregoing document(s) by First-Class Mail to the following non-CM/ECF participants on March 21, 2023 due to the filed documents being submitted after mail operating hours:

Adam N. Young
1434 Riverview Terrace
Racine, WI 53404

 s/ Jenifer M. Bizzotto
JENIFER M. BIZZOTTO
Assistant Attorney General